**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| MARVIN AILON-LOPEZ, | * |
| Petitioner, | * |
|  | * |
| v. | * Civil No. 26-160-BAH |
| KRISTI NOEM ET AL., | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the joint status report, ECF 9, it is hereby **ORDERED** that this case is dismissed without prejudice.  The Clerk is **DIRECTED** to **CLOSE** the case.


Dated: <u>February 12, 2026</u>                    <u>            /s/            </u>
                                        Brendan A. Hurson
                                        United States District Judge